# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALEXANDER LAVAN WILLIAMS**                                              **PLAINTIFF**

v.                              **CASE NO. 4:12CV00772 BSM**

**BENTON POLICE DEPARTMENT et al.**                                      **DEFENDANTS**

## ORDER

Plaintiff Alexander Williams has failed to pay the initial partial filing fee of $40 on or before January 22, 2013, as required by the December 16, 2013, order. [Doc. No. 10]. Williams was also advised that failure to comply could result in dismissal of his case. Accordingly, this case is dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 6th day of February 2014.

UNITED STATES DISTRICT JUDGE