**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ALEXANDER LAVAN WILLIAMS**                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:12CV00772 BSM**

**BENTON POLICE DEPARTMENT et al.**                      **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 6th day of February 2014.


_____
UNITED STATES DISTRICT JUDGE