IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXANDER LAVAN WILLIAMS**                                             **PLAINTIFF**

v.                              **CASE NO. 4:12CV00772 BSM**

**BENTON POLICE DEPARTMENT et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 6th day of February 2014.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE